# Exhibit 2



| | |
|---|---|
| Home » Things to Do » 10 Amazing Places to Visit in Georgia | |



# 10 Amazing Places to Visit in Georgia

Written by **Carmela Rodriguez** on January 10, 2019

 Written by **Carmela Rodriguez**

Carmela is a journalist from London. She's traveled from Asia to South America, where she got (temporarily) lost in the Peruvian Amazon. She quit the rainy UK and moved to Medellín, Colombia, where she has lived for two years

*Last Updated on May 28, 2019*

← Back to 'Discover the Best Things to Do, Everywhere'

Georgia is a state filled with historic cities, sandy beaches, ancient forests, and rugged mountains. There's so much to see and do, it can be hard to know what to pick. We've rounded up the best places to visit in Georgia, that you absolutely can't miss.



*By Sue Smith*

## 1. Discover Savannah

First up is the beautiful and vibrant city of Savannah. The city is filled with winding cobblestone streets, elegant antebellum mansions, parks, museums, and art galleries. While in Savannah, visit the city's historic district, ride a horse-drawn carriage and imagine you are living in the 18th or 19th century. Other top things to do include visiting colonial sights such as the Wormsloe Historic Site, or spending time at the Telfair Museum, which is the South's oldest art museum.

---

### AllTheRooms
### Vacation Rentals



Find the perfect place to stay using our vacation rental search engine

**Browse Properties**

---

### Browse By Country

United States of America (USA)
France
United Kingdom (UK)
Colombia
Spain
Italy
Mexico
Australia

---

### You Might Also Like

 The Best Salsa Dancing Cities in the US

 The Best Cupcakes in DC

 A Guide to Amusement Parks in Maryland

What is Turnkey Vacation Rentals?


AllTheRooms.    Browse by place or activity    Search    Blog    Data Analytics



*By Mauldin & Jenkins*

## 2. Relax on Cumberland Island

To take things down a notch and get some much needed fresh air and R&R, head to Cumberland Island to relax on some of the best beaches in Georgia. The island is one of the largest of the barrier islands in Georgia. It's packed with lush forests, sandy beaches, roaming wild horses, and history. For history buffs, the island was originally inhabited by Native American peoples around 4,000 years ago before becoming a working plantation, home to hundreds of African slaves, in the 19th century.



*By Explore Georgia*


**New inspirations, destinations, adventures.**
Discover more with our weekly newsletter.
 Email address     Sign up

## 3. Explore the Blue Ridge Mountains

The Blue Ridge Mountains are thought to be the US' answer to Switzerland — and they are truly stunning. The rugged mountain range is home to hiking and biking trails, ancient woodlands, and waterfalls. Within the Blue Ridge Mountains is the Chattahoochee National Forest, where visitors can go horseback riding, take a dip in waterfalls or go on a treetop canopy adventure. There's also a famous railway running through the mountains with a train to hop on for amazing views.



10/24/2019 10 Amazing Places to Visit in Georgia - AllTheRooms - The Vacation Rental Experts

Case 1:20-cv-08417-MKV Document 1-2 Filed 10/08/20 Page 4 of 8

AllTheRooms.    Browse by place or activity    Search    Blog    Data Analytics

## 4. Spend a Few Days in Atlanta

If you're looking to spend time in a buzzing city with some of the country's best nightlife, head to Atlanta. The city is filled with bustling urban life, fun clubs, bars, and live music venues. Atlanta is also home to Georgia's famous aquarium, home to over one hundred thousand animals.



*By Group Tour Media*

## 5. Relax on Jekyll Island

Jekyll Island is one of the Golden Isles of Georgia barrier island. It's home to beautiful sandy beaches, alongside the famous Driftwood Beach, which is known for its abundance of driftwood.



*By Peaceful Living Wellness*

## 6. See the Murky Okefenokee Swamp

A visit to the Okefenokee Swamp is like taking a step into a prehistoric era. The swamp is populated with tons of alligators, and its murky waters are mysterious and intriguing. The swamp is also home to carnivorous plants and rare birds. You can take boat tours of the swamp's original Indian waterways, walk beside the park's lily-lined decking, and explore its jungle-like forests.



*By Pinterest*

## 7. Stroll Around Callaway Botanical Garden

AllTheRooms.    Browse by place or activity    Search                Blog    Data Analytics

there are different flowers in bloom. The gardens are also home to a tranquil lake and a butterfly house, hosting dozens of butterfly species.



By Pinterest | Callaway Gardens

## 8. Visit the Ocmulgee National Monument

The Ocmulgee National Monument is dedicated to all the human inhabitants of the Macon area who have lived there. The area is thought to have been inhabited for over 12,000 years. American Indians first came to the site during the Paleo-Indian period when they were hunting Ice Age mammals; the land then changed hands between many different American Indian cultures over the years. In more recent centuries, important Civil War battles took place here, which you can find out more about while visiting.



By 65mb | Flickr

## 9. Wander the World of Coca Cola

When in Georgia, you have to pay a visit to the world of Coca Cola! The fun museum in Atlanta is where you can find out more about the history of the world's most loved drink. While the Coca Cola secret recipe is still kept tightly under wraps, you can find out more about the brand and its advertising campaigns over the years.



By My Little Adventure

## 10. Hike Tallulah Gorge State Park



Blog   Data Analytics

Search

and fauna.



By Atlanta Trails

   


The 7 Best Things to Do in Des Moines


The 10 Best Indiana Landmarks to Visit


8 Best US Vacations in October

Share this post now:

Facebook  Twitter  Pinterest  Share

TAGS    United States of America (USA)

---

**Share this:**

Twitter   Facebook

## Leave a Comment

Your email address will not be published. Required fields are marked *

**Message**

**Name**                    **Email Address**

☐ Notify me of follow-up comments by email.

☐ Notify me of new posts by email.

Post Comment

---

**About Us**

AllTheRooms is the world's first vacation rental search engine.

Search from a comprehensive list of top providers and more than 14,000,000 homes, cabins, cottages, condos, and beach

**About**

Contact Us
About Us
Press
Careers
Blog

Case 1:20-cv-08417-MKV Document 1-2 Filed 10/08/20 Page 7 of 8



Have a question or need some help?
Contact us at info@alltherooms.com

**Follow Us**

TM + © 2018 AllTheRooms.

